IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ-MACIAS, | ) |
| Plaintiff | ) ) ) |
| vs. | ) No. ) |
| NESTLE USA, INC., a foreign corporation, | ) ) ) ) |
| Defendant | ) |

## NOTICE OF REMOVAL

NOW COMES Defendant, Nestle USA, Inc., by and through its attorneys, Gregory Conforti and Michael Lizzadro of Johnson & Bell, Ltd., pursuant to Title 28 U.S.C. §1441, et seq. and 28 U.S.C. § 1332, and hereby gives notice of the removal of the above-captioned action from the Circuit Court of Cook County, Illinois, Case No. 2018-L-4736, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states the following:

1. On May 8, 2018, Plaintiff, Jose Rodriguez-Macias, initiated the above-captioned lawsuit by filing a Complaint entitled *Jose Rodriguez-Macias vs. Nestle USA, Inc.*, Case No. 2018-L-4736, in the Circuit Court of Cook County, Illinois. (A copy of the Complaint is attached hereto as **Exhibit A** and incorporated herein by reference.)

2. On May 8, 2018, Plaintiff caused a Summons to be issued for service upon the registered agent of Nestle USA, Inc. (A copy of said Summons is attached hereto as **Exhibit B** and incorporated herein by reference.)

3. Service of the Summons and Complaint was obtained on Nestle USA, Inc.'s registered agent on May 16, 2018.

4. The United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over the above-captioned lawsuit under 28 U.S.C. §§ 1332 and 1441 for the following reasons:

   (a) Plaintiff, Jose Rodriguez-Macias, is and at all relevant times has been a resident and citizen of the State of Illinois.

   (b) Defendant, Nestle USA. Inc., is and at all relevant times has been a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Virginia; therefore, for diversity of citizenship purposes, Defendant is a citizen of Delaware and Virginia.

   (c) According to the allegations contained in Plaintiff's two-count Complaint against Defendant Nestle USA, Inc., Plaintiff is seeking compensatory damages in excess of $50,000.00. In the Complaint, Plaintiff seeks damages for the following injuries including: "head, body and limbs, both externally and internally, breaking several ribs, where his body and limbs were bruised, lacerated, torn and injuries and he suffered great bodily pain and injury and mental anguish from then until now[]." (Ex. A, ¶ 11.)

   (d) Based on the foregoing, it is Defendant's good faith belief that while liability, causation, and damages will be contested, the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs.

   (e) This Notice of Removal is being filed with the Clerk of the United States District Court for the Northern District of

        Illinois, Eastern Division, within 30 days after the service of the Summons and Complaint upon Defendant;

(f)    This action, based on diversity of citizenship and the amount in controversy, is, therefore, properly removable under 28 U.S.C. § 1441(a).

5.    As the Eastern Division of the United States District Court for the Northern District of Illinois embraces Cook County, Illinois, where Plaintiff's action is pending, under 28 U.S.C. § 1441(a), said district and division are the appropriate district and division to which Plaintiff's action may be removed.

6.    Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendant, Nestle USA, Inc., respectfully requests that this case proceed before this Honorable Court as an action properly removed.

        Respectfully submitted,

        JOHNSON & BELL, LTD.

By:    /s/ Michael J. Lizzadro
        One of the attorneys for Defendant, Nestle USA, Inc.

Gregory D. Conforti
Michael J. Lizzadro
Attorneys for Defendant
Nestle USA, Inc.
Johnson & Bell, Ltd.
33 W. Monroe Street - Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770

ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
CALENDAR: Z
PAGE 1 of 7
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JOSE RODRIGUEZ-MACIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: |
| | ) | |
| NESTLE USA, INC., a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### COMPLAINT AT LAW

### COUNT I
*(Premises Liability – Nestle USA, Inc.)*

NOW COMES the Plaintiff, JOSE RODRIGUEZ-MACIAS, by and through his attorneys, SALVATO O'TOOLE & FROYLAN, and complaining of the Defendant, NESTLE USA, INC., a foreign corporation, alleges and says:

1. On or about June 24, 2016, the Defendant, NESTLE USA, INC., was and is a corporation authorized to do business in the State of Illinois.

2. The Defendant NESTLE USA, INC.'s registered agent is located in Cook County, Illinois.

3. On or about June 24, 2016, the Defendant, by its agents, servants, and/or employees, owned, operated, managed, maintained and controlled the Premises located at 11601 Copenhagen Court (hereinafter, the "Premises"), in the town of Franklin Park, the County of Cook, and the State of Illinois.

4. That on the aforesaid date the Plaintiff, JOSE RODRIGUEZ-MACIAS, was lawfully on the aforesaid Premises in the course of his employment.

1



ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
PAGE 2 of 7

5. That it then and there became and was the Defendant's duty to exercise ordinary care and caution in and about the ownership and management of said Premises, and that by reasons of the Premises that it was the duty of the Defendant, NESTLE USA, INC., to build, construct, design, and keep and maintain the aforesaid property and its surroundings in a reasonably proper and safe condition for use by persons lawfully using the same and especially those persons engaged in working on the property.

6. That on or about the aforesaid date, the Plaintiff, while working at said location, and by reason of the direct and proximate result of the negligence of the Defendant, NESTLE USA, INC., by its agents, servants and/or employees, in whole or in part, as hereinafter specified, the Plaintiff, JOSE RODRIGUEZ-MACIAS, was caused to and did fall from a mezzanine level stairway approximately 15 feet to the ground floor, when a stairway railing or guard rail broke loose.

7. At all times mentioned herein, JOSE RODRIGUEZ-MACIAS, was in the exercise of ordinary care and caution for his own safety.

8. That at all times mentioned herein, it was the duty of the Defendant, NESTLE USA, INC., individually and through its agents, servants and/or employees, to maintain said Premises in a condition that was safe for individuals lawfully on the Premises, including, JOSE RODRIGUEZ-MACIAS.

9. That the Defendant, NESTLE USA, INC., by its agents, servants and/or employees, has notice and/or knowledge, or might by the exercise of reasonable due diligence would have had notice and/or knowledge of said dangerous conditions.

10. That disregarding its aforesaid duty, the Defendant, NESTLE USA, INC., by their agents, servants and/or employees, carelessly, negligently and improperly did one or more

2

of the following acts or omissions, which were the proximate cause, in whole or in part, of the injuries suffered by the Plaintiff as hereinafter set forth:

    a. Carelessly and negligently owned and maintained the Premises heretofore described and allowed broken and/or faulty railings and/or guard rails intended to protect those from falling from significant heights on the Premises;

    b. Carelessly and negligently allowed broken and/or faulty railings and/or guard rails to remain on the Premises, knowing or in the exercise of reasonable care and caution should have known that said condition was dangerous for persons lawfully upon said Premises;

    c. Failed to provide adequate safety structures, railings and/or guard rails on the Premises so as to prevent those from falling from significant heights;

    d. Negligently and carelessly failed to properly maintain, inspect and repair all railings and/or guard rails located on the Premises specifically intended to protect against falls;

    e. Negligently and carelessly failed to properly secure all railings and/or guard rails intended to protect and prevent against falling from significant heights;

    f. Negligently and carelessly failed to take necessary precautions for the safety of persons working on and near such heights;

    g. Negligently and carelessly failed to take necessary precautions for the safety of persons utilizing stairways on the Premises;

    h. Negligently and carelessly failed to post safety warning signs at or near the affected on area; and

    i. was otherwise negligent.

11. That by means of the Premises and as a proximate result thereof, the Plaintiff, JOSE RODRIGUEZ-MACIAS, was injured in his head, body and limbs, both externally and internally, breaking several ribs, where his body and limbs were bruised, lacerated, torn and injured and he suffered great bodily pain and injury and mental anguish from then until now, and he will continue so to suffer in the future; that he has expended and will in the future expend large sums of money for medical expenses in endeavoring to be cured of said injuries;

ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
PAGE 3 of 7

3

that he has lost and will in the future lose large sums of money and lost wages by reason of being unable to follow his usual occupation as a result of said injuries.

WHEREFORE, the Plaintiff, JOSE RODRIGUEZ-MACIAS, demands judgment against the Defendant, NESTLE USA, INC., in a sum greater than FIFTY THOUSAND ($50,000.00) DOLLARS, plus the cost of this suit.

## COUNT II
*(Negligence – Nestle USA, Inc.)*

NOW COMES the Plaintiff, JOSE RODRIGUEZ-MACIAS, by and through his attorneys, SALVATO O'TOOLE & FROYLAN, and complaining of the Defendant, NESTLE USA, INC., a foreign corporation, alleges and says:

1. On or about June 24, 2016, the Defendant, NESTLE USA, INC., was and is a corporation authorized to do business in the State of Illinois.

2. The Defendant NESTLE USA, INC.'s registered agent is located in Cook County, Illinois.

3. On or about June 24, 2016, the Defendant, by its agents, servants, and/or employees, owned, operated, managed, maintained and controlled the Premises located at 11601 Copenhagen Court in the town of Franklin Park, the County of Cook, and the State of Illinois.

4. That on the aforesaid date the Plaintiff, JOSE RODRIGUEZ-MACIAS, was lawfully on the aforesaid Premises in the course of his employment.

5. That it then and there became and was the Defendant's duty to exercise ordinary care and caution in and about the ownership and management of said Premises, and that by reasons of the Premises that it was the duty of the Defendant, NESTLE USA, INC., to build,

ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
PAGE 4 of 7

4

ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
PAGE 5 of 7

construct, design, and keep and maintain the aforesaid property and its surroundings in a reasonably proper and safe condition for use by persons lawfully using the same and especially those persons engaged in working on the property.

6. That on or about the aforesaid date, the Plaintiff, while working at said location, and by reason of the direct and proximate result of the negligence of the Defendant, NESTLE USA, INC., by its agents, servants and/or employees, in whole or in part, as hereinafter specified, the Plaintiff, JOSE RODRIGUEZ-MACIAS, was caused to and did fall from a mezzanine level stairway approximately 15 feet to the ground floor, when a stairway railing or guard rail broke loose.

7. At all times mentioned herein, JOSE RODRIGUEZ-MACIAS, was in the exercise of ordinary care and caution for his own safety.

8. That at all times mentioned herein, it was the duty of the Defendant, NESTLE USA, INC., individually and through its agents, servants and/or employees, to maintain said Premises in a condition that was safe for individuals lawfully on the Premises, including, JOSE RODRIGUEZ-MACIAS.

9. That on or about the date aforesaid and at all times and places hereinafter mentioned, it then and there become and was the duty of the Defendant, NESTLE USA, INC., by its agents, servants and/or employees, to exercise reasonable care in the management, maintenance, repair and control of the premises as to not cause damage and/or injury to the Plaintiff.

10. That disregarding its aforesaid duty, the Defendant, NESTLE USA, INC., by their agents, servants and/or employees, carelessly, negligently and improperly did one or more

5

of the following acts or omissions, which were the proximate cause, in whole or in part, of the injuries suffered by the Plaintiff as hereinafter set forth:

    a. Carelessly and negligently owned, managed, controlled and maintained the Premises heretofore described and allowed broken and/or faulty railings and/or guard rails intended to protect those from falling from significant heights on the Premises;

    b. Carelessly and negligently allowed broken and/or faulty railings and/or guard rails to remain on the Premises, knowing or in the exercise of reasonable care and caution should have known that said condition was dangerous for persons lawfully upon said Premises;

    c. Failed to provide adequate safety structures, railings and/or guard rails on the Premises so as to prevent those from falling from significant heights;

    d. Negligently and carelessly failed to properly maintain, inspect and repair all railings and/or guard rails located on the Premises specifically intended to protect against falls;

    e. Negligently and carelessly failed to properly secure all railings and/or guard rails intended to protect and prevent against falling from significant heights;

    f. Negligently and carelessly failed to take necessary precautions for the safety of persons working on and near such heights;

    g. Negligently and carelessly failed to take necessary precautions for the safety of persons utilizing stairways on the Premises;

    h. Negligently and carelessly failed to post safety warning signs at or near the affected on area; and

    i. was otherwise negligent.

11. That by means of the Premises and as a proximate result thereof, the Plaintiff, JOSE RODRIGUEZ-MACIAS, was injured in his head, body and limbs, both externally and internally, breaking several ribs, where his body and limbs were bruised, lacerated, torn and injured and he suffered great bodily pain and injury and mental anguish from then until now, and he will continue so to suffer in the future; that he has expended and will in the future

ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
PAGE 6 of 7

expend large sums of money for medical expenses in endeavoring to be cured of said injuries; that he has lost and will in the future lose large sums of money and lost wages by reason of being unable to follow his usual occupation as a result of said injuries.

WHEREFORE, the Plaintiff, JOSE RODRIGUEZ-MACIAS, demands judgment against the Defendant, NESTLE USA, INC., in a sum greater than FIFTY THOUSAND ($50,000.00) DOLLARS, plus the cost of this suit.

Respectfully Submitted:

SALVATO & O'TOOLE

Paul G. O'Toole

SALVATO & O'TOOLE
53 W. Jackson Blvd.
Suite 1750
Chicago, Illinois 60604
(312) 583-9500
48755
pgo@salvatootoole.com

ELECTRONICALLY FILED
5/8/2018 1:06 PM
2018-L-004736
PAGE 7 of 7

Summons - Alias Summons                                         (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JOSE RODRIGUEZ-MACIAS

v.

NESTLE USA, INC.

No. 2018-L-004736

Defendant Address:
NESTLE USA, INC.
R/A CT CORPORATION SYSTEM
208 SO LASALLE ST
SUITE 814
CHICAGO, IL 60604

☑ SUMMONS   ☐ ALIAS - SUMMONS

To each defendant:
  YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 , Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:
This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 48755
Name: SALVATO & O'TOOLE
Atty. for: JOSE RODRIGUEZ-MACIAS
Address: 53 W JACKSON #1750
City/State/Zip Code: CHICAGO, IL 60604
Telephone: (312) 583-9500
Primary Email Address: pgo@salvatootoole.com
Secondary Email Address(es):
dmy@salvatootoole.com

Witness: Tuesday, 08 May 2018

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service:
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF  F COOK COUNTY, ILLINOIS

EXHIBIT B



# CT Corporation

**Service of Process Transmittal**
05/15/2018
CT Log Number 533345180

**TO:** Douglas Besman, Attorney
Nestle USA, Inc.
30003 Bainbridge Rd
Solon, OH 44139-2290

**RE:** **Process Served in Illinois**

**FOR:** Nestle USA, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOSE RODRIGUEZ-MACIAS, Pltf. vs. NESTLE USA, INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons(s), Complaint, Affidavit, Attachment(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2018L004736 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - June 24, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/15/2018 at 10:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this Summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Paul G. O'Toole<br>SALVATO & O'TOOLE<br>53 W. Jackson Blvd, Suite 1750<br>Chicago, IL 60604<br>312-583-9500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/16/2018, Expected Purge Date: 05/21/2018<br><br>Image SOP<br><br>Email Notification, Susan Denigan susan.denigan@purina.nestle.com<br><br>Email Notification, Douglas Besman Douglas.Besman@us.nestle.com<br><br>Email Notification, Douglas Keaton douglas.keaton@us.nestle.com<br><br>Email Notification, David Herman david.herman@us.nestle.com<br><br>Email Notification, Daniel Nugent daniel.nugent@us.nestle.com<br><br>Email Notification, Erica Godish erica.godish@us.nestle.com<br><br>Email Notification, Megan Bauer megan.bauer@purina.nestle.com<br><br>Email Notification, Abbey McDade Abbey.McDade@us.nestle.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **CT Corporation**

**Service of Process Transmittal**
05/15/2018
CT Log Number 533345180

**TO:** Douglas Besman, Attorney
Nestle USA, Inc.
30003 Bainbridge Rd
Solon, OH 44139-2290

**RE:** **Process Served in Illinois**

**FOR:** Nestle USA, Inc. (Domestic State: DE)

**SIGNED:**
**ADDRESS:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
**TELEPHONE:** 312-345-4336

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
| --- | --- | --- | --- |
| Notice, Proof, Motion | By Regular Mail on 05/14/2018 at 14:57 postmarked on 05/09/2018 | Douglas Besman, Attorney Nestle USA, Inc. | 533330128 |

Page 2 of 2 / WA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.